THE MARINE TRUST COMPANY OF BUFFALO, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant, and Other Defendants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover upon a bond.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICOLAS DOROFFEY, Relator, v. EDWARD P. MULROONEY and Others, Constituting the State Liquor Authority of the State of New York, Respondents.— Determination of the State Liquor Authority confirmed, with fifty dollars costs and disbursements. All concur. (Certiorari proceeding brought to review the action of the defendant revoking a license for the sale of beer.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MICHAEL PALMA, Individually and as Administrator, etc., Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant, and GENESEE RIVER NATIONAL BANK & TRUST COMPANY OF MT. MORRIS, Defendant.— Motion to resettle order entered March 13, 1934, as modified by order entered December 23, 1935, denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of ANDREW J. SMITH, Respondent, for a Mandamus Order against HENRY C. STEPHAN, as Mayor, and Others, as Trustees of the Village of Lancaster, Appellants.— Motion for a reargument granted. [See 248 App. Div. 666.] Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

LEE W. YULE, Respondent, v. GERALD J. MORIARTY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

FREDERICK UNGER, as Executor, etc., of ALBERT UNGER, Deceased, Respondent, v. GEORGE MEISENZAHL, EUGENE E. MEISENZAHL, Appellants, and GEORGE HESS, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of ASHER BLUMENSTIEL, and Others, for a Determination as to the Validity, Construction, etc., of the Last Will and Testament of ALEXANDER M. BLUMENSTIEL, Deceased.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ANNA THIEDT, Respondent, v. BERNHARDT THIEDT, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

H. WILLIAM THOMPSON, Doing Business Under the Firm Name and Style of the LYRIC THEATRE, Respondent, v. FRED BOEKHOUT; LEWIS TOWNSEND, Individually and as President of the Moving Picture Operators, Local No. 253, etc., and Another, Appellants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See ante, p. 77.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK ROSA, Appellant, v. Hon. JOSEPH H. BROPHY, Warden of Auburn State Prison, at Auburn, New York, Respondent.— Motion for a reargument denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.